UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | CASE NO, CR01-310-RSL |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | SUMMARY REPORT OF U.S. |
| MICHAEL STEFAN PRIME, ) | MAGISTRATE JUDGE AS TO |
| ) | ALLEGED VIOLATIONS |
| Defendant. ) | OF SUPERVISED RELEASE |
| ) | |

An evidentiary hearing on supervised release revocation in this case was scheduled before me on May 24, 2011. The United States was represented by AUSA Bruce Miyaki and the defendant by Allen M. Ressler. The proceedings were digitally recorded.

Defendant had been sentenced on or about November 6, 2002 by the Honorable Robert S. Lasnik on charges of Conspiracy to Commit Wire Fraud, Conspiracy to Possess Counterfeit Securities, and three counts of Possessing, Manufacturing and Uttering Counterfeit Securities, and sentenced to 85 months custody, three years supervised release. (Dkt. 234.)

The conditions of supervised release included the standard conditions plus the requirements that defendant be prohibited from possessing a firearm or destructive device,

submit to search, participate in a mental health program, pay restitution in an amount to be determined, provide his probation officer with access to financial information as requested, allow inspection of his personal computer, notify his probation officer of all computer software and report any additional software acquisitions, be prohibited from incurring new credit obligations or opening new lines of credit, obtain approval for any employment, not work for cash, provide verification of pay, and be prohibited from possessing any identification documents in any but his true identity.  An amended judgment was signed on November 23, 2004, omitting the requirement of restitution. (Dkt. 293.)

In an application dated April 20, 2011 (Dkt. 319, 320), U.S. Probation Officer Brian K. Facklam alleged the following violations of the conditions of probation:

1.   Committing the criminal offense of Possession of Stolen Property 1st degree on or before March 23, 2011, in violation of the general condition that he not commit another federal, state, or local crime.

2.   Committing the criminal offense of Trafficking in Stolen Property 2nd degree on or before March 23, 2011, in violation of the general condition that he not commit another federal, state, or local crime.

3.   Associating with Shana Bobo, a three-time convicted felon, in violation of standard condition 9 that he not associate with any person convicted of a felony.

4.   Associating with Shawn Cahill, a three-time convicted felon, in violation of standard condition 9 that he not associate with any person convicted of a felony.

5.   Failing to allow the U.S. Probation Officer to inspect any personal computer owned or operated by the defendant in violation of the special condition directing him to do so.

SUMMARY REPORT OF U.S. MAGISTRATE JUDGE AS
TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE
PAGE -2

01  6.  Failing to notify the U.S. Probation Officer of all computer software owned or
02 operated by the defendant in violation of the special condition directing him to do so.

03  7.  Beginning employment without prior approval by the U.S. Probation Officer,
04 working for cash, and engaging in employment that did not provide regular pay stubs in
05 violation of the special condition directing him to do so.

06  Defendant was advised in full as to those charges and as to his constitutional rights.

07  Defendant admitted alleged violations 4-7 and waived any evidentiary hearing as to
08 whether they occurred. The government moved to dismiss violations 1-3. (Dkt. 324.)

09  I therefore recommend the Court find defendant violated his supervised release as
10 alleged in violations 4-7, that the Court dismiss violations 1-3, and that the Court conduct a
11 hearing limited to the issue of disposition.  The next hearing will be set before Judge Lasnik.

12  Pending a final determination by the Court, defendant has been detained.

13  DATED this 24th day of May, 2011.

14

15                                                                         _____
                                                                           Mary Alice Theiler
16                                                                         United States Magistrate Judge

17

18 cc:  District Judge:          Honorable Robert S. Lasnik
         AUSA:                   Bruce Miyaki
19       Defendant's attorney:   Allen M. Ressler
         Probation officer:      Brian K. Facklam

20

21

22

SUMMARY REPORT OF U.S. MAGISTRATE JUDGE AS
TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE
PAGE -3